UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL MORALES,<br><br>        Petitioner,<br><br>    v.<br><br>LARRY SMALL,<br><br>        Respondent. | CASE NO. CV 09-2856-DMG (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 13, 2011

*Dolly M. Gee*
_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA09CV02856DMG(PJW)_Morales_ Judgment.wpd